**Robert Andrew BARTLETT, Sr., Plaintiff–Appellant,**

v.

**James RYAN; Alamance Regional Medical Center, Incorporated; Nancy Kelly; George Melone; David Harris, Defendants-appellees.**

No. 01–6349.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Robert Andrew Bartlett, Sr., pro se. Demetrius LaVonne Worley, Tuggle, Duggins & Meschan, P.A., Joseph Paul Booth, III, Sharpless & Stavola, P.A., Alan William Duncan, Lisa Frye Garrison, Smith, Helms, Mulliss & Moore, L.L.P., Greensboro, NC; David Harris, Graham, North Carolina, for appellees.

---

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Robert Andrew Bartlett, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bartlett v. Ryan,* No. CA–00–233–1 (M.D.N.C. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*